IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA NAVARRO, | 2:07-cv-354-GEB-EFB |
| Plaintiff, | <u>ORDER CONTINUING STATUS</u> <u>(PRETRIAL SCHEDULING)</u> |
| v. | <u>CONFERENCE</u> |
| SEARS LIFE INSURANCE COMPANY, | |
| Defendant. | |

On June 20, 2007, the parties filed a "Stipulation and [Proposed] Order for Continuance of Status Conference," requesting that the July 2, 2007 status conference be continued to September or October of 2007.[1] Accordingly, the Status (Pretrial Scheduling) Conference currently set for July 2, 2007 is rescheduled to commence at 9:00 a.m. on September 17, 2007.  The parties shall file a joint

---

[1] The parties and counsel failed to comply with the Status Report filing deadline stated in the Order Setting Status (Pretrial Scheduling) Conference filed February 22, 2007.  Sanctions for such a failure could be imposed in the future.

1

1 status report no later than fourteen days prior to the status
2 conference.²
3         IT IS SO ORDERED.
4 Dated:  June 27, 2007

6                       _____
                        GARLAND E. BURRELL, JR.
7                       United States District Judge

---

25   ²   The failure of one or more of the parties to participate in
26 the preparation of the joint status report does not excuse the other
   parties from their obligation to timely file a status report in
27 accordance with this Order. In the event a party fails to participate as
   ordered, the party timely submitting the status report shall include a
28 declaration explaining why it was unable to obtain the cooperation of
   the other party or parties.

2