```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| RITA NAVARRO,<br><br>        Plaintiff,<br>  v.<br>SEARS LIFE INSURANCE COMPANY,<br><br>        Defendant. | 2:07-cv-354-GEB-EFB |
| RITA NAVARRO,<br><br>        Plaintiff,<br>  v.<br>RICHARD ALFRED LOVETT, II,<br><br>        Defendant. | 2:08-cv-527-LEW-GGH<br><br>RELATED CASE ORDER |

        A Notice of Related Case document was filed in the action designated as 2:08-cv-527, in which Plaintiff asserts this action is related to the action designated as number 2:07-cv-354. The latter action was closed following Plaintiff's filing of a voluntary dismissal document on July 13, 2007.

        Pursuant to Local Rule 83-123(d), "[i]f an action is dismissed and it, or one essentially the same, is refiled, it shall be assigned to the same Judge and Magistrate Judge." This is what has occurred here. Accordingly, the later filed action will be reassigned

1  to the judges assigned to the first filed action.
2           IT IS THEREFORE ORDERED that the action denominated
3  2:08-cv-527-LEW-GGH is reassigned to Judge Garland E. Burrell, Jr.,
4  and Magistrate Judge Edmund F. Brennan for all further proceedings.
5  The parties are referred to the attached Order Setting Status
6  (Pretrial Scheduling) Conference.  Henceforth, the caption on
7  documents filed in the reassigned case shall be shown as 2:08-cv-527-
8  GEB-EFB. The Clerk of the Court shall make appropriate adjustment in
9  the assignment of civil cases to compensate for this reassignment.
10 Dated:  April 16, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge