1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 RITA NAVARRO,                   )
                                   )
11              Plaintiff,         )      2:07-cv-354-GEB-EFB
                      v.           )
12                                 )
SEARS LIFE INSURANCE COMPANY,      )
13 and DOES 1 through 20,          )
and each of them, Inclusive,       )
14                                 )
                Defendants.        )
15 _____)
                                   )
16 RITA NAVARRO,                   )
                                   )
17              Plaintiff,         )      2:08-cv-527-LEW-GGH
                      v.           )
18                                 )
SEARS LIFE INSURANCE COMPANY,      )
19 and DOES 1 through 20,          )
and each of them, Inclusive,       )      AMENDED RELATED CASE ORDER[1]
20                                 )
                Defendants.        )
21 _____)

22          A Notice of Related Case document was filed in the action

23 designated as 2:08-cv-527, in which Plaintiff asserts this action is

24 related to the action designated as number 2:07-cv-354.  The latter

25 action was closed following Plaintiff's filing of a voluntary

26 _____

27      [1]   This Amended Related Case Order supercedes the Order filed
on April 17, 2008 (Docket #10) because that Order incorrectly
28 identified the defendants in each action.

                                   1

1   dismissal document on July 13, 2007.

2          Pursuant to Local Rule 83-123(d), "[i]f an action is

3   dismissed and it, or one essentially the same, is refiled, it shall be

4   assigned to the same Judge and Magistrate Judge."  This is what has

5   occurred here.  Accordingly, the later filed action will be reassigned

6   to the judges assigned to the first filed action.

7          IT IS THEREFORE ORDERED that the action denominated

8   2:08-cv-527-LEW-GGH is reassigned to Judge Garland E. Burrell, Jr.,

9   and Magistrate Judge Edmund F. Brennan for all further proceedings.

10  The parties are referred to the attached Order Setting Status

11  (Pretrial Scheduling) Conference.  Henceforth, the caption on

12  documents filed in the reassigned case shall be shown as 2:08-cv-527-

13  GEB-EFB. The Clerk of the Court shall make appropriate adjustment in

14  the assignment of civil cases to compensate for this reassignment.

15  Dated:  April 18, 2008

16

17  _____

    GARLAND E. BURRELL, JR.

18  United States District Judge

19

20

21

22

23

24

25

26

27

28